KEKER & VAN NEST LLP
ASHOK RAMANI - # 200020
aramani@kvn.com
SHARIF E. JACOB - # 257546
sjacob@kvn.com
STACY CHEN - # 261822
schen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Movant NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>BLACKBERRY LIMITED, BLACKBERRY CORPORATION, ZTE CORPORATION, ZTE USA, INC., HUAWEI TECHNOLOGIES CO., LTD., HUAWEI INVESTMENT & HOLDINGS CO., INC., HUAWEI TECHNOLOGIES USA, INC., HUAWEI DEVICE USA, INC., SAMSUNG ELECTRONICS, CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, L.L.C.,<br><br>Defendants. | Case No. 3:14-mc-80150 (WHA) MISC<br><br>[Actions pending in the United States District Court for the Eastern District of Texas, C.A. Nos. 6:13-cv-604, 6:13-cv-605, 6:13-cv-606, 6:13-cv-607]<br><br>**STIPULATION REGARDING FEES AWARD**<br><br>Place: Courtroom 8, 19th Floor<br>Judge: Hon. William Alsup |

After the Court's Order Re Attorney's Fees and Expenses (Dkt. Nos. 51 & 52), counsel for Netflix, Inc. ("Netflix") submitted a declaration detailing fees Netflix sought from Straight Path IP Group, Inc. ("Straight Path"). *See* Dkt. Nos. 57 & 59. Straight Path opposed Netflix's fee request. *See* Dkt. No. 60. Following those submissions, Netflix and Straight Path entered a confidential settlement agreement resolving all disputes between them. As part of that settlement agreement, Netflix agreed that it would no longer seek attorney's fees and expenses from Straight Path and that it would so inform the Court through this filing. Accordingly, Netflix and Straight Path hereby stipulate that the agreed-upon fee award due to Netflix is $0.

Dated: August 21, 2014

KEKER & VAN NEST LLP

By: */s/ Stacy Chen*
ASHOK RAMANI
SHARIF E. JACOB
STACY CHEN

Attorneys for NETFLIX, INC.

Dated: August 21, 2014

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: */s/ Nicholas Armington*
MICHAEL RENAUD
JAMES WODARSKI
MICHAEL NEWMAN
NICHOLAS ARMINGTON

Attorneys for STRAIGHT PATH IP GROUP, INC.

**ATTESTATION**

I attest that all other signatories to this document have concurred in its filing.

Dated: August 21, 2004

*/s/ Stacy Chen*
STACY CHEN